UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION | ) Master File No. 2:11-md-2226-DCR<br>) MDL Docket No. 2226<br>)<br>) This Document Applies To :<br>)<br>) *Curtis, et al. v. Xanodyne Pharmaceuticals, Inc.*,<br>) Case No. 2:11-cv-00344 DCR<br>) |

NOTICE OF APPEARANCE OF
JOSEPH P. THOMAS, GINA M. SAELINGER, AND KIMBERLY L. BECK
ON BEHALF OF XANODYNE PHARMACEUTICALS, INC.

TO THE CLERK:

    Gina M. Saelinger, Kimberly L. Beck, and I are admitted or otherwise authorized to practice in this court.  Kindly enter our appearances as counsel for defendant Xanodyne Pharmaceuticals, Inc., in the above-captioned matter.

    Xanodyne Pharmaceuticals, Inc., does not intend waive any affirmative defenses, including, but not limited to, those identified in Rule 12(b) of the Federal Rules of Civil Procedure, by filing this notice.

    Respectfully submitted,

    */s/ Joseph P. Thomas*
Joseph P. Thomas (KY #87772)
Gina M. Saelinger (KY #88783)
Kimberly L. Beck (KY #91721)
Ulmer & Berne LLP
600 Vine Street, Suite, 2800
Cincinnati, OH 45202
Tel:   (513) 698-5000
Fax:   (513) 698-5001
E-mail:  jthomas@ulmer.com
E-mail:  gsaelinger@ulmer.com
E-mail:  kbeck@ulmer.com
**Attorneys for Defendant**
**Xanodyne Pharmaceuticals, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, the foregoing was served via email on the following:

William M. Lyons
blyons@wilcoxenlaw.com
*Counsel for Plaintiffs*

*/s/ Joseph P. Thomas*
Joseph P. Thomas