UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION | Master File No. 2: 11-md-2226-DCR<br>MDL Docket No. 2226 |
| *Adegbayi v. Xanodyne Pharm., Inc., et al.*, | Civil Action No. 2: 12-013-DCR |
| | **JUDGMENT** |

*** *** *** ***

In accordance with the Court's Order Dismissing Claims Asserted Against Generic Defendants in Ten Cases [MDL Record No. 1774], Order Granting Defendant Xanodyne Pharmaceuticals, Inc.'s Motion to Dismiss and Motion for Judgment on the Pleadings in 14 Cases [MDL Record No. 1791], and Memorandum Opinion and Order Granting Defendant Eli Lilly and Company's Third Master Motion for Judgment on the Pleadings in Twelve Cases [MDL Record No. 2184], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in favor of Xanodyne Pharmaceuticals, Inc.; Teva Pharmaceuticals USA, Inc.; Qualitest Pharmaceuticals, Inc.; Eli Lilly and Company; Mylan Pharmaceuticals, Inc.; and Endo Pharmaceuticals, Inc. with respect to all claims asserted herein.

(2)   This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 5th day of September, 2012.

Signed By:
*Danny C. Reeves* DCR
United States District Judge