UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Master File No. 2: 11-md-2226-DCR<br>MDL Docket No. 2226 |
| *Williams v. Eli Lilly and Company,* | ) ) ) ) ) | Civil Action No. 2: 12-270-DCR<br><br>**JUDGMENT** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Eli Lilly and Company with respect to all claims asserted in the action.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 21st day of May, 2015.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge